IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM L. McVICKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 09-cv-00436 |
| | ) | |
| CHRISTOPHER W. KING, Jefferson Hills Borough Council Member in his official and individual capacity; JAMES A. WEBER, Jefferson Hills Borough Council Member in his official and individual capacity; JANICE R. CMAR, Jefferson Hills Borough Council Member in her official and individual capacity; and KATHLEEN REYNOLDS, Jefferson Hills Borough Council member in her official and individual capacity; and THE BOROUGH OF JEFFERSON HILLS, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Presently before for the Court for disposition is the MOTION TO STRIKE DOCUMENTS 14 AND 15 FILED BY JOHN GAGLIARDI FROM THE DOCKET AND TO ENJOIN MR. GAGLIARDI FROM FILING ANY ADDITIONAL DOCUMENTS IN THIS CASE (Document No. 16) filed by Defendants. For the reasons that follow, the Motion is **GRANTED.**

On April 22, 2009, John Gagliardi, who is not a party to this lawsuit, filed a Motion for Leave to File an Amicus Brief in this case. By Memorandum Order filed April 30, 2009, the Court denied Mr. Gagliardi's motion and struck his motion and its attached exhibits from the record.

On May 4, 2009, Mr. Gagliardi filed a second AMICUS CURIAE BRIEF (Document No. 14) and PROPOSED AMICI REPLY (Document No. 15). Because the Court has denied Mr. Gagliardi's request for amicus standing, these additional documents must be stricken from the record.

**AND NOW,** this 11th day of May, 2009, it is hereby **ORDERED** that the Motion to Strike Documents 14 and 15 filed by John Gagliardi From The Docket and to Enjoin Mr. Gagliardi from Filing Any Additional Documents In This Case is **GRANTED**. It is further **ORDERED** as follows:

(i) Documents No. 14 and 15 filed by John Gagliardi are hereby stricken from the docket; and

(ii) the Clerk of Court is hereby directed to refuse to accept for filing, and shall return to Mr. Gagliardi, with a copy of this Order, any additional documents he submits in this case.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: Fred C. Jug, Jr., Esquire
Brandt, Milnes & Rea
Email: fredjug@covad.net

Robert J. Grimm, Esquire
Swartz Campbell
Email: rgrimm@swartzcampbell.com

John Gagliardi
195 Wall Road
Jefferson Hills, PA 15025
(US Mail, Postage Prepaid and
Certified Mail, Return Receipt Requested)